**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CORY DEON GREEN, | ) | NO. EDCV 08-1481-VAP (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| L. SMALLS (WARDEN), | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED:   October 28, 2008

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE